IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13 Proceedings** |
| **Michael A. Latimore** | : | **Case No.: 18-60067** |
| Debtor | : | **Judge Russ Kendig** |

## NOTICE OF INTENT TO STOP PAYMENT TO CREDITOR

Notice is hereby given that Dynele L. Schinker-Kuharich, Chapter 13 Trustee, has received correspondence from the Richland County Treasurer indicating that the arrearage for Proof of Claim No. 014-2 has been paid in full.

Trustee will forever cease distribution on the arrearage portion of the Proof of Claim unless otherwise notified in writing by Debtor or by Creditor that Trustee should continue to pay the Proof of Claim.

A copy of the documentation received by Trustee is attached.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

## NOTICE OF INTENT TO STOP PAYMENT TO CREDITOR

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Bankruptcy Court to stop payment of certain Proof of Claim.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want payment of the above listed Proof of Claim to stop, or if you want the Court to consider your views on the Notice, then on or before **March 4, 2020,** you or your attorney must file with the Court an Objection to the Notice at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy to:

> Dynele L. Schinker-Kuharich
> Chapter 13 Trustee
> 200 Market Avenue North, Suite 30
> Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Notice and may enter an Order granting that relief.

February 12, 2020

> /s/ Dynele L. Schinker-Kuharich
> Dynele L. Schinker-Kuharich (0069389)
> Chapter 13 Trustee
> A. Michelle Jackson Limas (0074750)
> Staff Counsel to the Chapter 13 Trustee
> 200 Market Avenue North, Ste. 30
> Canton, OH 44702
> Telephone: 330.455.2222
> Facsimile: 330.754.6133
> Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, a true and correct copy of the Notice of Intent to Stop Payment to Creditor and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Rebecca K. Hockenberry, Counsel for Michael A. Latimore, at rebecca@attyTH.com

and via regular U.S. Mail, postage prepaid, upon:

Michael A. Latimore, Debtor
176 Qunicy Street
Mansfield, OH 44902

Richland County Treasurer, Creditor
Stephen Wildermuth
38 South Park Street
Mansfield, OH 44902

Richland County Treasurer, Creditor
Bart Hamilton
50 Park Avenue East
Mansfield, OH 44902

38 South Park Street  
Second Floor  
Mansfield, Ohio 44902

(419) 774-5676  
FAX: (419) 774-5589



# RICHLAND COUNTY PROSECUTOR'S OFFICE

## GARY D. BISHOP
### PROSECUTING ATTORNEY

December 27, 2019

Dynele L. Schinker-Kuharich  
Chapter 13 Trustee  
200 Market Avenue North, Suite 30  
Canton, Ohio 44702

Rebecca Hockenberry, Esq.  
371 Lexington Ave.  
Mansfield, OH 44907

RE: Michael Latimore (OHNB Case No. 18-60067)

Dear Ms. Schinker-Kuharich:

I am writing today on behalf of my client, Creditor **RICHLAND COUNTY TREASURER**, to advise that the above listed debtor has paid off all arrearages in full and payments have been applied as prepayments through the entire TY2019 (due in 2020) on all four properties listed below. As such, you may discontinue all arrearages payments on the parcels:

| | |
|---|---|
| 027-03-013-01-000 | 112 Boughton Ave |
| 027-03-125-07-001 | 117 Pleasant Ave. |
| 027-03-128-07-000 | 119 Pleasant Ave. |
| 027-05-079-08-000 | 176 Quincy St. |

Additionally, since overages have already prepaid all of 2019 taxes, you may wish to skip monthly continuing payments until approximately August 2020 to avoid a large prepaid tax balance to the detriment of other creditors. We will otherwise continue to post continuing payments forward.

Please advise if you need anything further from our office.

Best regards,

Jonathon C. Elgin  
Assistant Prosecuting Attorney  
Richland County, Ohio